IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WAYNE ANTHONY STEWART,

                **Plaintiff,**

      v.                                                                              **CASE NO. 24-3058-JWL**

JORGE A. DOMINICIS, ET AL.,

                **Defendants.**

## MEMORANDUM AND ORDER

On May 8, 2024, the Court ordered the Wyandotte County Sheriff's Office (WCSO) to prepare and file a *Martinez* report on or before June 28, 2024. (Doc. 3.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.3d 1106 (10th Cir. 1991). The WCSO has filed a motion for extension of that deadline, explaining that counsel will be out of the office from July 17, 2024 through August 7, 2024; counsel will need to coordinate with Wellpath, LLC's counsel to prepare a thorough *Martinez* report; Plaintiff's medical records total over 1,900 pages; and reviewing those records and obtaining affidavits will take additional time. (Doc. 5.) The WCSO therefore requests that the deadline be extended for "an additional sixty (60) days . . . or until September 28, 2024." *Id.* at 2.

The motion will be granted in part. To the extent that the WCSO seeks an additional 60 days in which to file the *Martinez* report, that request is granted. Sixty days from the current deadline, however, is August 27, 2024, not September 28, 2024. At that point, the WCSO will have had approximately four and one-half months in which to prepare the *Martinez* report. The Court declines at this point to grant an extension until September 28, 2024, given the very serious nature of Plaintiff's allegations regarding his medical status.

**IT IS THEREFORE ORDERED** that the motion (Doc. 5) is **granted in part and denied in part.** The *Martinez* report shall be filed no later than August 27, 2024. No further extensions will be granted absent exceptional circumstances. Plaintiff is granted to and including September 27, 2024 to file a reply to the *Martinez* report if he wishes to do so.

**IT IS SO ORDERED.**

DATED:   This 20th day of May, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum

JOHN W. LUNGSTRUM
United States District Judge