IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WAYNE ANTHONY STEWART,

                        **Plaintiff,**

v.                                                                                   CASE NO. 24-3058-JWL

JORGE A. DOMINICIS, ET AL.,

                        **Defendants.**

## MEMORANDUM AND ORDER

On May 8, 2024, the Court ordered the Wyandotte County Sheriff's Office (WCSO) to prepare and file a *Martinez* report on or before June 28, 2024. (Doc. 3.) After obtaining an extension of time, the WCSO filed the *Martinez* report on August 26, 2024. (Doc. 7.) Plaintiff was granted to and including September 27, 2024, to file a reply to the *Martinez* report, and he has now filed a motion for extension of that deadline. (Doc. 8.) In the motion, Plaintiff explains that he needs more time to prepare the reply and that he anticipates having surgery on his eyes, which may further delay his progress. *Id.* The Court finds that there is good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the motion (Doc. 8) is **granted.** Plaintiff is granted to and including October 28, 2024 to submit his reply to the *Martinez* report.

**IT IS SO ORDERED.**

DATED:   This 24th day of September, 2024, at Kansas City, Kansas.

                                                S/ John W. Lungstrum
                                                JOHN W. LUNGSTRUM
                                                United States District Judge